# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Virginia Appleberg

         Plaintiff,

v.              Case No.: 1:20−cv−07732

              Honorable Martha M. Pacold

Illinois Department of Juvenile Justice

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 8, 2022:

   MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation to Dismiss [48] filed by the parties, this case is hereby dismissed with prejudice and with leave to reinstate. Each party shall bear her or its own attorneys' fees, costs, and expenses. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.